# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHAD A. MOORE,**

        **Plaintiff,**                              Civil Action 2:16-cv-987

    v.                                      Judge George C. Smith

                                              Magistrate Judge Elizabeth P. Deavers

**CENTRAL OHIO DRUG**
**ENFORCEMENT TASK FORCE,**
*et al.*,

        **Defendants.**

## REPORT AND RECOMMENDATION

        Plaintiff, Chad Moore, an inmate at Noble Correctional Institution, brings this action under 42 U.S.C. § 1983 against Defendants. (ECF No. 6.) This matter is before the Court for the initial screen of Plaintiff's Complaint under 28 U.S.C. §§ 1915(e)(2) and 1915A to identify cognizable claims and to recommend dismissal of Plaintiff's Complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 608 (6th Cir. 1997). Having performed the initial screen, the Court finds that Plaintiff may proceed with his Fourth and Fourteenth Amendment claims for allegedly including false statements in the search warrant application for Plaintiff's property and residence.

        It is **ORDERED** that the United States Marshal serve by certified mail upon each Defendant named in Part I of the form Complaint a summons, a copy of the Complaint, and a copy of this Order.

Each Defendant is **ORDERED** to answer or otherwise respond to the Complaint within 45 days after being served with a copy of the Complaint and summons.

The Clerk of Court is **DIRECTED** to mail a copy of this **ORDER** to Plaintiff.

**IT IS SO ORDERED.**

Date: August 25, 2015                                         /s/ *Elizabeth A. Preston Deavers*
                                                            ELIZABETH A. PRESTON DEAVERS
                                                            UNITED STATES MAGISTRATE JUDGE